UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Patrick F Rohlicek
    Bernadine Rohlicek
          Debtor(s)

Case No. 12 B 14970

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 04/12/2012.

    2) The plan was confirmed on 08/07/2012.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/29/2013.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Converted on 06/24/2013.

    6) Number of months from filing to last payment: 9.

    7) Number of months case was pending: 19.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,260.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,260.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,426.39 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $65.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,492.03** |

Attorney fees paid and disclosed by debtor:           $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American InfoSource LP | Unsecured | 1,800.00 | 1,190.63 | 1,190.63 | 0.00 | 0.00 |
| Ameriloan | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 6,875.00 | 8,199.24 | 8,199.24 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 17,615.00 | 17,334.94 | 17,334.94 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 748.00 | 746.03 | 746.03 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 2,228.00 | 2,268.81 | 2,268.81 | 0.00 | 0.00 |
| Capital One | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 532.00 | 541.28 | 541.28 | 0.00 | 0.00 |
| Chase | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| Citgo | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 3,521.00 | 3,520.24 | 3,520.24 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 16,448.00 | 15,053.59 | 15,053.59 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1,104.00 | 1,205.82 | 1,205.82 | 0.00 | 0.00 |
| Grabowski Law Center LLC | Unsecured | NA | 3,622.71 | 3,622.71 | 0.00 | 0.00 |
| Grabowski Law Center LLC | Unsecured | 3,493.00 | NA | NA | 0.00 | 0.00 |
| Grant & Webber | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Grant & Webber | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| Grant & Webber | Unsecured | 1,936.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 394.48 | 394.48 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,000.00 | 2,117.44 | 2,117.44 | 0.00 | 0.00 |
| Keystone Recovery Partners LLC | Unsecured | 578.00 | 465.47 | 465.47 | 0.00 | 0.00 |
| Keystone Recovery Partners LLC | Unsecured | 1,026.00 | 1,026.09 | 1,026.09 | 0.00 | 0.00 |
| Keystone Recovery Partners LLC | Unsecured | 948.00 | 948.44 | 948.44 | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 612.00 | 630.50 | 630.50 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 861.00 | 861.61 | 861.61 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| North Shore Cardiology Assoc | Unsecured | 209.00 | 208.96 | 208.96 | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 776.00 | 776.60 | 776.60 | 0.00 | 0.00 |
| Plain Green Loan | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,667.00 | 3,318.84 | 3,318.84 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 7,410.00 | 7,360.98 | 7,360.98 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 6,300.00 | 5,455.91 | 5,455.91 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,167.00 | 1,167.74 | 1,167.74 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 687.00 | 701.01 | 701.01 | 0.00 | 0.00 |
| Regency Home Health | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 219.00 | 346.56 | 346.56 | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 4,666.00 | 2,000.00 | 2,000.00 | 744.69 | 23.28 |
| Springleaf Financial Services | Unsecured | NA | 3,834.64 | 3,834.64 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 562.00 | 562.29 | 562.29 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 5,882.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 4,666.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Web Bank | Unsecured | 2,613.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,000.00 | $744.69 | $23.28 |
| **TOTAL SECURED:** | **$2,000.00** | **$744.69** | **$23.28** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,117.44 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,117.44** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$81,743.41** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,492.03 |
| Disbursements to Creditors | $767.97 |
| **TOTAL DISBURSEMENTS** : | **$2,260.00** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/01/2013                              By: /s/ Marilyn O. Marshall
                                                           _____
                                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**